FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 AUG 18 PM 3:44
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN M. DUBRAY, III and JILL C. DUBRAY,<br><br>Defendants. | 8:26CR149<br><br>INDICTMENT<br>18 U.S.C. § 1349<br>18 U.S.C. § 1344<br>18 U.S.C. § 656<br>18 U.S.C. § 215<br>18 U.S.C. § 2<br>18 U.S.C. § 982(a)(2)(A)<br>28 U.S.C. § 2461 |

The Grand Jury charges that

At all times material in the Indictment:

**BACKGROUND**

1. Defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, are husband and wife.
2. Defendant, JOHN M. DUBRAY, III, was employed by Bank of the Valley from approximately 2009 through 2022. During his time at Bank of the Valley, defendant, JOHN M. DUBRAY III, held the title of Community President and Vice President and, at the time of his termination from Bank of the Valley in May of 2022, defendant, JOHN M. DUBRAY III, was the Chief Operating Officer and Senior Executive Vice President.
3. Defendant, JILL C. DUBRAY, was employed by CharterWest Bank as a Senior Mortgage Loan Officer and Assistant Vice President.
4. Unindicted Coconspirator 1 and Unindicted Coconspirator 2 own and operate Construction Company 1. Construction Company 1 is based in Columbus, Nebraska and offers a wide breadth of commercial and residential construction services ranging from new construction to renovations to small projects.

5. In 2013, defendants JOHN M. DUBRAY, III and JILL C. DUBRAY, purchased a residence at **** 60th Street in Columbus, Nebraska (hereinafter "60th Street Residence").

6. On July 25, 2019, Construction Company 1 purchased ***** Rock River Road in Columbus, Nebraska (hereinafter "the Rock River Road Residence"). On July 3, 2020, defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, purchased the Rock River Road Residence. On July 15, 2022, the Rock River Road Residence was transferred solely to defendant, JILL C. DUBRAY.

**FINANCIAL INSTITUTIONS**

7. Bank of the Valley was federally insured by the Federal Deposit Insurance Corporation and is headquartered in Bellwood, Nebraska. Bank of the Valley has seven locations including branches in David City and Columbus. The David City branch is located at 502 North 5th Street in David City, Nebraska (hereinafter "the David City Branch"). The Columbus branch is located at 3235 47th Street in Columbus, Nebraska (hereinafter "the Columbus Branch").

8. OneNebraska Federal Credit Union is a credit union based in Columbus, Nebraska and is federally insured by the National Credit Union Administration

**COUNT I**
CONSPIRACY TO COMMIT BANK FRAUD

9. Paragraphs 1 through 8 of this Indictment are realleged and incorporated by reference herein.

10. Beginning on October 1, 2015, through on or about August 31, 2022, the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, and Unindicted Coconspirator 1 and 2, and other individuals known and unknown to the Grand Jury, did knowingly combine,

conspire, and agree with each other and others known and unknown to the Grand Jury, to commit the following offense against the United States:

a. Did knowingly execute and attempt to knowingly execute a material scheme and artifice to defraud a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation by means of false and fraudulent pretenses and promises, in an attempt to obtain moneys, funds, or other property owned by, or under the custody or control of a financial institution in violation of Title 18, United States Code, Section 1344.

**The Scheme and Artifice to Defraud Manner and Means of the Conspiracy**

11. Defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, and Unindicted Coconspirators 1 and 2, participated in a scheme using interstate and foreign wire communications to defraud Bank of the Valley of money and property.

12. In his positions at Bank of the Valley, defendant, JOHN M. DUBRAY, III, oversaw the construction of new bank branches, was instrumental in the Bank of the Valley awarding the construction contracts, and facilitated the payment of invoices.

13. Using his position at Bank of the Valley, defendant, JOHN M. DUBRAY, III, facilitated awarding the construction contracts for the David City Branch and Columbus Branch of Bank of the Valley to Construction Company 1.

14. Contemporaneously or nearly contemporaneously with Bank of the Valley awarding the construction contract for the Columbus Branch to Construction Company 1, defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, hired Construction Company 1 to do construction work for their personal benefit. Specifically, during the construction of the Columbus Branch, defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, retained Construction Company 1 to renovate the basement of the 60th Street Residence.

15. Using his positions at Bank of the Valley, defendant, JOHN M. DUBRAY, III, directed Unindicted Coconspirators 1 and 2 to conceal construction expenses from the 60th Street Residence basement remodel in the invoices to Bank of the Valley for the construction of the Columbus Branch. Defendant, JOHN M. DUBRAY, III, using his positions at Bank of the Valley would then facilitate the payment of the invoices by Bank of the Valley to Construction Company 1.

16. Contemporaneously or nearly contemporaneously with Bank of the Valley awarding the construction contract for the David City Branch to Construction Company 1, defendant, JOHN M. DUBRAY, III, instructed Unindicted Coconspirator 1 to have Construction Company 1 purchase the Rock River Road Residence with the purpose of renovating the Rock River Road Residence for the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY. Defendant, JOHN M. DUBRAY, III, at the time was also the loan officer for Construction Company 1's account at Bank of the Valley. Defendant, JOHN M. DUBRAY, III, had just approximately 5 months' previously processed the renewal of Construction Company 1's operating line of credit at Bank of the Valley. This line of credit was then used to facilitate Construction Company 1's purchase of the Rock River Road Residence. After Construction Company 1 purchased the Rock River Road Residence, Construction Company 1 did a complete renovation of the Rock River Road Residence to the specifications of the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY. Using his positions at Bank of the Valley, defendant, JOHN M. DUBRAY, III, directed Unindicted Coconspirators 1 and 2 to conceal construction expenses for the renovation of The Rock River Road Residence in the invoices to Bank of the Valley for the construction of the David City Branch. Once the renovation of the Rock River Road Residence was completed, the defendants, JOHN M. DUBRAY, III and JILL C.

DUBRAY, purchased The Rock River Road Residence from Construction Company 1 for approximately $20,000 more than Construction Company 1 had purchased it for prior to the renovation resulting in instant equity in the home.

17. The defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, used a mortgage from OneNebraska Federal Credit Union to purchase the Rock River Road Residence. Approximately, 3 months after purchasing the Rock River Road Residence, the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, obtained a home equity line of credit in the amount of $119,000.

18. On July 15, 2022, and subsequent to defendant, JOHN M. DUBRAY III's, termination from Bank of the Valley, the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, transferred the home solely into the name of defendant, JILL C. DUBRAY.

**Loss Amount**

19. As a result of this scheme, the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY and Unindicted Coconspirators 1 and 2, caused $291,000 in actual loss to Bank of the Valley. Specifically, $100,000 in actual loss related to the 60th Street residence basement remodel and construction of the Columbus Branch, and $191,000 in actual loss in relation to the Rock River Road remodel and construction of the David City Branch.

In violation of Title 18, United States Code, Section 1349.

**COUNT II**
BANK FRAUD

20. Paragraphs 1 through 8 and 11 through 19 of this Indictment are realleged and incorporated by reference herein.

21. On or about October 1, 2015, through on or about December 31, 2017, in the District of Nebraska and elsewhere, defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY,

and Unindicted Coconspirators 1 and 2, knowingly attempted to execute a material scheme and artifice to defraud Bank of the Valley, a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses and promises, in an attempt to obtain moneys, funds, or other property owned by, or under the custody or control of Bank of the Valley, that is the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, and Unindicted Coconspirators 1 and 2, concealed and attempted to conceal costs for labor and materials for the basement renovation of the 60th Street Residence in the invoices provided to and, ultimately, paid by Bank of the Valley for the Columbus Branch construction.

In violation of Title 18, United States Code, Sections 1344 and 2.

**COUNT III**
BANK FRAUD

22. Paragraphs 1 through 8 and 11 through 19 of this Indictment are realleged and incorporated by reference herein.

23. On or about January 1, 2019 through on or about December 31, 2020, in the District of Nebraska and elsewhere, defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, and Unindicted Coconspirators 1 and 2, knowingly attempted to execute a material scheme and artifice to defraud Bank of the Valley, a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses and promises, in an attempt to obtain moneys, funds, or other property owned by, or under the custody or control of Bank of the Valley, that is the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, and Unindicted Coconspirators 1 and 2, concealed and attempted to conceal costs for labor and materials for the renovation of the Rock River Road Residence in the invoices provided to and, ultimately, paid by Bank of the Valley for the David City Branch construction.

In violation of Title 18, United States Code, Sections 1344 and 2.

**COUNT IV**
CREDIT UNION FRAUD

24. Paragraphs 1 through 8 and 11 through 19 of this Indictment are realleged and incorporated by reference herein.

25. On or about February 1, 2020, through on or about September 30, 2020, in the District of Nebraska and elsewhere, defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, and Unindicted Coconspirators 1 and 2, knowingly attempted to execute a material scheme and artifice to defraud OneNebraska Federal Credit Union, a financial institution whose deposits are insured by the National Credit Union Share Insurance Fund, by means of false and fraudulent pretenses and promises, in an attempt to obtain moneys, funds, or other property owned by, or under the custody or control of OneNebraska Federal Credit Union, that is the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, obtained a $292,000 mortgage and a $119,000 home equity line of credit and failed to disclose that the equity in the home was procured through criminal proceeds.

In violation of Title 18, United States Code, Sections 1344 and 2.

**COUNT V**
THEFT, EMBEZZLEMENT, AND MISAPPLICATION BY BANK OFFICER

26. Paragraphs 1 through 8 and 11 through 19 of this Indictment are realleged and incorporated by reference herein.

27. On or about October 1, 2015, through on or about May 30, 2022, in the District of Nebraska and elsewhere, defendant, JOHN M. DUBRAY, III, being an officer and employee of Bank of the Valley, a bank whose deposits were insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud Bank of the Valley, willfully misapplied, embezzled, abstracted, and purloined the sum of $291,000.00.

In violation of Title 18, United States Code, Section 656.

**COUNT VI**
RECEIPT OF COMMISSIONS OR GIFTS PROCURING LOANS

28. Paragraphs 1 through 8 and 11 through 19 of this Indictment are realleged and incorporated by reference herein.

29. On or about October 1, 2015, through on or about May 30, 2022, in the District of Nebraska and elsewhere, defendant, JOHN M. DUBRAY, III, being an officer, employee, and agent of a financial institution knowingly and corruptly solicited and demanded for the benefit of the a person, and corruptly accepted and agreed to accept, things of value exceeding $1,000 from a person, intending to be influenced and rewarded in connection with a business and transaction of such institution, to wit, defendant, JOHN M. DUBRAY, III, while acting as Community President and Vice President and subsequently as Chief Operating Officer of Bank of the Valley and Senior Executive Vice President, and insured by the Federal Deposit Insurance Corporation, solicited and accepted a bribe payment in connection with the construction of the David City and Columbus Bank Branches.

In violation of Title 18, United States Code, Section 215.

**FORFEITURE ALLEGATION**

30. The allegations contained in Counts I – VI of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2) and (A).

31. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 215, 656, 1344, and 1349 set forth in Counts I – VI of this Indictment, the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2) and (A), any property

constituting, or derived from, proceeds obtained directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to, the following:

a) a Money Judgment against the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, in favor of the United States of America said Judgment equal to the value of the property constituting, or derived from, any proceeds the defendants, JOHN M. DUBRAY, III and JILL C. DUBRAY, obtained, directly or indirectly, as a result of the offenses alleged in Counts I-VI.

32. If any of the property described above, as a result of any act or omission of the defendants:

a) Cannot be located upon the exercise of due diligence;
b) Has been transferred or sold to, or deposited with, a third party;
c) Has been placed beyond the jurisdiction of the Court;
d) Has been substantially diminished in value; or
e) Has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 982(a)(2) and (A) and 28 U.S.C. § 2461(c).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

ALEJANDRO A. ABREU, OH #0089477
Special Assistant U.S. Attorney